IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BIBLE & CO. CONSTRUCTION, LLC, PATRICIA PICARAZZI and ELIZABETH PICARAZZI<br><br>Defendants. | §§§§§§§§§§§§§§ CIVIL ACTION NO. 2:23-cv-00099 |

## COMPLAINT FOR DECLARATORY JUDGMENT

Mesa Underwriters Specialty Insurance Company ("MUSIC") files this Complaint for Declaratory Relief and shows as follows:

### I.  INTRODUCTION

1. This is an insurance action regarding coverage for an agreed judgment entered against Bible & Co. Construction, LLC ("Bible") and in favor of Patricia Picarazzi and Elizabeth Picarazzi (collectively "Picarazzi") in an underlying lawsuit styled *Patricia Picarazzi and Elizabeth Picarazzi v. Bible & Co. Construction, LLC,* Cause No. 18-0269 in the 343rd Judicial District Court of Aransas County, Texas (the "underlying lawsuit"). MUSIC issued a commercial general liability insurance policy to Bible. MUSIC seeks a declaration that it has no duty to pay the agreed judgment entered in the underlying lawsuit and/or that the agreed judgment is not binding on MUSIC according to principles of Texas law announced in *State Farm Fire & Cas. Co. v. Gandy*, 925 S.W.2d 696 (Tex. 1996), and related common law.

## II.     PARTIES

2. Plaintiff MUSIC is an insurance company incorporated under the laws of the State of New Jersey and with its principal place of business in New Jersey.

3. Defendant Bible is a Texas limited liability company with its principal place of business in Texas. The only member of Bible is Matthew Bible, who is an individual resident and citizen of Texas. Bible may be served with process by serving its registered agent, Matthew G. Bible, at 6017 Apache Dr., The Colony, Texas 75056.

4. Patricia Picarazzi and Elizabeth Picarazzi are both natural persons who are residents and citizens of Texas. They both may be served with process at 120 Retama Lane, Rockport, Texas, 78382, or wherever they may be found.

## III.     JURISDICTION & VENUE

5. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because MUSIC is a citizen of New Jersey and the Defendants are all citizens of Texas. The amount in controversy, exclusive of interest and costs, exceeds $75,000.

6. The Court has personal jurisdiction over the Defendants because they are citizens and residents of Texas.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because all or a substantial part of the events or omissions giving rise to this claim occurred in this district and because the underlying lawsuit took place in Aransas County, Texas, which is in this judicial district.

## IV.     THE UNDERLYING LAWSUIT

8. Bible was the defendant in the underlying lawsuit brought by Picarazzi. The underlying lawsuit concerned alleged construction defects in work performed by Bible for

Picarazzi. Bible tendered its defense of the underlying lawsuit to MUSIC, which declined to defend Bible on or about November 15, 2021.

9. On or about September 9, 2022, Bible entered into an agreement with Picarazzi whereby the parties agreed to a final judgment in the underlying lawsuit, which would include findings that Bible was negligent and that Picarazzi suffered damages as a result of such negligence. The parties also agreed to the amount of the judgment, $296,523.26, plus applicable pre-judgment and post-judgment interest. Bible further agreed that it would either assign rights in any insurance policy held by it to Picarazzi or, in the alternative, would agree to assist Picarazzi in any way necessary to pursue available insurance coverage. Finally, Picarazzi agreed not to pursue recovery against Matthew Bible, a principal of Bible, individually.

10. On or about December 20, 2022, the Court in the underlying lawsuit entered judgment (the "Agreed Judgment") in favor of Picarazzi and against Bible pursuant to the parties' agreement.

11. On March 3, 2023, counsel for Picarazzi sent a letter to MUSIC demanding that it pay the Agreed Judgment.

## V. THE MUSIC POLICY

12. MUSIC issued Policy No. MP0042004003593 to Bible effective from August 3, 2017, to August 3, 2018 (the "Policy").

13. The Policy contains the following insuring agreement:

> COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY
>
> 1. Insuring Agreement
>
>     a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this

>>insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:
>>
>>>(1) The amount we will pay for damages is limited as described in Section III - Limits of Insurance; and
>>>
>>>(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.
>>
>>No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.
>
>>b. This insurance applies to "bodily injury" and "property damage" only if:
>>
>>>(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and
>>>
>>>(2) The "bodily injury" or "property damage" occurs during the policy period.
>>
>>Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

14. In connection with this insuring agreement, the Policy contains the following definitions:

>>13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

* * *

17. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it….

15. The Policy also contains the following exclusions:

   j. Damage to Property

      * * *

      (5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

      (6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

      * * *

      Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

   k. Damage To Your Product

      "Property damage" to "your work" arising out of it or any part of it.

   l. Damage To Your Work

      "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

      This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

      m.    Damage To Impaired Property or Property Not Physically Injured

           "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

           (1)    A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

           (2)    A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

           This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

16.    In connection with the foregoing exclusions, the Policy contains the following definitions:

      8.    "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

           a.    It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

           b.    You have failed to fulfill the terms of a contract or agreement;

      if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" "your work" or your fulfilling the terms of the contractor agreement.

* * *

      16.    "Products-completed operations hazard":

    a.    Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        (1)    Products that are still in your physical possession; or

        (2)    Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

            (a)    When all of the work called for in your contract has been completed.

            (b)    When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

            (c)    When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    b.    Does not include "bodily injury" or "property damage" arising out of:

        (1)    The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

        (2)    The existence of tools, uninstalled equipment or abandoned or unused materials; or

        (3)    Products or operations for which the classification, listed in the Declarations or in

        a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

* * *

21. "Your product":

    a. Means:

        (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            (a) You;

            (b) Others trading under your name; or

            (c) A person or organization whose business or assets you have acquired; and

        (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    b. Includes:

        (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        (2) The providing of or failure to provide warnings or instructions.

    c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

    a. Means:

        (1) Work or operations performed by you or on your behalf; and

    (2) Materials, parts or equipment furnished in connection with such work or operations.

  b. Includes:

    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    (2) The providing of or failure to provide warnings or instructions.

17. The Policy also contains the following exclusion:

> EXCLUSION – PRIOR COMPLETED OR ABANDONED WORK
>
>    \*   \*   \*
>
> The following exclusion is added to Paragraph 2., Exclusions, SECTION 1 – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY AND COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILTIY:
>
> 1. This insurance does not apply to:
>
> "Bodily injury", "property damage" or "personal and advertising injury" arising out of or in any way related to "your work" completed or abandoned prior to the earlier of the following:
>
>  A. The inception date of the policy to which this endorsement is attached; or
>
>  B. The inception date of an earlier policy (or policies) with us, if all prior policies with us were maintained without a lapse in coverage, and all remained in-force with us without interruption.

## VI. REQUEST FOR DECLARATORY RELIEF

18. MUSIC states that the Agreed Judgment is the product of fraud and/or collusion.

19. MUSIC states that the Agreed Judgment is not covered, in whole or in part, by the Policy because it fails to qualify for coverage under the insuring agreement and/or is excluded by one or more of the exclusions quoted above.

20. MUSIC prays that the Court declare that it is not liable to pay any portion of the Agreed Judgment pursuant to the principles of Texas law outlined in *State Farm Fire & Cas. Co. v. Gandy,* 925 S.W.2d 696 (Tex. 1996), *Great Am. Ins. Co. v. Hamel*, 525 S.W.3d 655 (Tex. 2017), and related common law.

21. Additionally and/or alternatively, MUSIC prays that the Court declare the Agreed Judgment is not binding on MUSIC in any way.

22. Additionally and/or alternatively, MUSIC prays that the Court declare that there is no coverage, in whole or in part, for the Agreed Judgment.

23. Additionally and/or alternatively, MUSIC prays that the Court construe the Policy and declare the rights and obligations of the parties in connection with the Agreed Judgment.

WHEREFORE, PREMISES CONSIDERED, MUSIC prays for relief as set out above, for its costs, and for such other and further relief, both at law and in equity, as it may show itself justly entitled and for which it shall ever pray.

Respectfully submitted,

*/s/ Stephen A. Melendi*
Stephen A. Melendi – Attorney-in-Charge
State Bar No. 24041468
Southern Dist. Bar No. 38607
stephenm@tbmmlaw.com
Aaron L. Mitchell
Texas Bar No. 14205590
Southern Dist. Bar No. 13063
aaronm@tbmmlaw.com
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone:     214-665-0100
Facsimile:     214-665-0199

**ATTORNEYS FOR PLAINTIFF
MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY**